### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Gregorio Caballero, individually and on behalf of other employees similarly situated, Plaintiff<br>v.<br>7447 South Shore, LLC and Ibrahim M. Shihadeh, individually, Defendants | Case No. 1:15-cv-4575<br>Judge: Hon. Sharon Johnson Coleman |

### JOINT STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above entitled action, by their respective attorneys and/or otherwise, and pursuant to Fed. R. Civ. P. 41(a)(1), the parties stipulate that this matter shall be dismissed in its entirety, **with prejudice**, with each party incurring its own attorneys' fees and costs.

Respectfully submitted,

**s/ Valentin T. Narvaez**
Consumer Law Group, LLC
6232 N. Pulaski, Suite 200
Chicago, IL 60646

**s/ Lawrence Mitchell Benjamin**
Neal, Gerber & Eisenberg
Two North LaSalle St, Suite 1700
Chicago, IL 60602